PER CURIAM.
Appellant challenges his convictions and sentences for two counts of attempted .voluntary manslaughter, one count of aggravated battery with a firearm or causing great bodily harm, and two counts of aggravated assault with a firearm.
Based on the State’s proper concession of error, we reverse the convictions and sentences for attempted voluntary .manslaughter and remand for a new trial on those counts, Although we affirm the convictions on the aggravated battery and aggravated assault counts, based again on the State’s proper concession of error, we reverse; the sentences and remand for re-sentencing on those counts.
In all other respects, we affirm.
AFFIRMED IN PART; • REVERSED IN PART; AND REMANDED.
TORPY and BERGER, JJ., concur.
COHEN, J, concurs in part and dissents in part. , ..